Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of instruments having essential electrical elements, designed to measure the amperage of electricity, not wattage, similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. 67810.—Lion Sales & Mfg. Co. *v.* United States, protests 62/5414 and 62/7603 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass aerators similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 13, 1963

No. 67811.—Falcon Sales Company *v.* United States, protest 59/34533–15868 (New Orleans).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67812.—Falcon Sales Company and Page & Jones, Inc. *v.* United States, protests 61/9009 and 59/25173 (Mobile).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.